UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WILLOWOOD, LLC; WILLOWOOD USA, LLC; WILLOWOOD AZOXYSTROBIN, LLC; and WILLOWOOD LIMITED, <br><br> Defendants. | No.  MC16-05019 <br><br> ORDER GRANTING THE PARTIES' MOTION TO SEAL |

This matter having come before the Court on the Motion of Plaintiff Syngenta Crop Protection, LLC and the Joinder of Defendants Willowood, the Court having thoroughly considered the parties' briefing and the relevant record, the Court hereby finds that good cause for sealing has been shown and GRANTS the Motion for the reasons set forth in Plaintiff's Motion and Defendants' Joinder and in the Court's prior orders sealing the same types of confidential, competitively sensitive information.  The Clerk shall maintain under

[PROPOSED] ORDER GRANTING
MOTION TO SEAL – 1
Case No. C16-05019
131941658.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

seal the unredacted versions of Exhibits 3, 5-8, 11, 13, and 21 to the Declaration of Hari Santhanam [Dkt. 02] filed in support of Plaintiff's Motion to Compel [Dkt. 01]

DATED this 18th day of July, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ James F. Williams, WSBA #23613
James F. Williams, WSBA #23613
JWilliams@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000

Barry S. Neuman, *admitted pro hac vice*
bneuman@wtplaw.com
**Whiteford Taylor Preston LLP**
1800 M St., NW, Suite 450N
Washington, DC  20036
Telephone:  202.659.6761

ATTORNEYS FOR DEFENDANTS

ORDER GRANTING
MOTION TO SEAL – 2
Case No. C16-05019
131941658.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000